UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRENDAN SMITH,

           Plaintiff(s),

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

           Defendant(s).

Case No. 2:17-cv-01046-JAD-NJK

ORDER

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than June 27, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: June 20, 2017

                                                                NANCY J. KOPPE
                                                                United States Magistrate Judge