Kevin C. Barrett, State Bar No. 8959
**BARRETT & MATURA, P.C.**
8925 E. Pima Center Pkwy., Suite 100
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
E-mail Address: kbarrett@barrettmatura.com
*Attorneys for Defendant*
*American Family Mutual Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN SMITH, an individual, | Case No. 2:17-CV-1046-JAD-NJK |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a domestic limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | ECF No. 21 |
| Defendants. | |

Plaintiff Brendan Smith and Defendant American Family Mutual Insurance Company hereby agree and stipulate that the Plaintiff's Complaint be dismissed in its entirety with prejudice and the parties will bear their own attorneys' fees and costs.

Dated April 24, 2018.           BARRETT & MATURA, P.C.

By: _ /s/ Kevin C. Barrett_
Kevin C. Barrett, Nevada Bar No. 8959
*Attorneys for Defendant American Family Mutual Insurance Company*

Dated April 24, 2018.           MAIER GUTIERREZ & ASSOCIATES

By: _ /s/ Jason R. Maier_
Jason R. Maier, Nevada Bar No. 8557
*Attorneys for Plaintiff Brendan Smith*

**ORDER**

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS
HEREBY ORDERED that this case is DISMISSED with prejudice, each side to
bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 26, 2018

Submitted by:

BARRETT & MATURA, P.C.

By:  /s/ Kevin C. Barrett
       Kevin C. Barrett
       *Attorneys for Defendant*
       *American Family Mutual*
       *Insurance Company*

1

2

**CERTIFICATE OF SERVICE**

3

     I hereby certify that on April 24, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and that a copy of

4

same was deposited for mailing, first class mail, postage prepaid, to the following:

5

Jason R. Maier
Maier Gutierrez & Associates

6

8816 Spanish Ridge Avenue
Las Vegas, NV  89148

7

*Attorneys for Plaintiff*

8

/s/ Carolyn Harrington

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28